No. 503. Mrs. Essie Lee Jones, Administratrix, etc., *v.* Central of Georgia Railway Company. October 23, 1922. Petition for a writ of certiorari to the Court of Appeals of the State of Georgia denied. *Mr. Emmett Houser* and *Mr. Thomas Swift Felder* for petitioner. *Mr. T. M. Cunningham, Jr.,* and *Mr. Richard C. Jordon* for respondent.

No. 504. James C. Davis, Federal Agent of Railways, et al., etc., *v.* Mrs. Walter Morgan, Administratrix, etc. October 23, 1922. Petition for a writ of certiorari to the Supreme Court of the State of Texas denied. *Mr. Frank C. Dillard* and *Mr. George Thompson* for petitioners. *Mr. S. P. Jones* for respondent.

No. 505. Iponmatsu Ukichi et al. *v.* United States. October 23, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. E. A. Douthitt* and *Mr. Charles S. Davis* for petitioners. *Mr. Solicitor General Beck* and *Mr. William C. Herron* for the United States.

No. 506. William T. Price et al. *v.* Magnolia Petroleum Company et al. October 23, 1922. Petition for a writ of certiorari to the Supreme Court of the State of Oklahoma denied. *Mr. E. E. Blake, Mr. A. T. Boys, Mr. C. B. Stuart, Mr. J. F. Sharpe, Mr. M. K. Cruce* and *Mr. Walter C. Stevens* for petitioners. *Mr. George F. Short, Mr. C. W. King, Mr. W. H. Francis* and *Mr. B. B. Blakeney* for respondents.

No. 507. Morgenstern & Company, Inc., *v.* Hoffman-La Roche Chemical Works, Inc. October 23, 1922. Petition for a writ of certiorari to the Circuit